# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howard, Marcia M. | U.S. District Court-Middle FL | 8/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Full | ☐ Nomination ☐ Date <br> ☐ Initial ✔ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
300 North Hogan Street
Jacksonville, FL 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Morales Construction Co., Inc. |
| 2. | Director | MIC Holdings Inc. |
| 3. | Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 4. | Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 5. | Member | St. Vincent's Hospital Women's Council (non-profit) |
| 6. | Trustee | Irrevocable Insurance Trust #1 |
| 7. | Board Member | Community Hospice of Northeast Florida |
| 8. | Board Member | Leadership Jacksonville |
| 9. | Board Member | University of Florida, College of Law, Board of Trustees |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | McGuireWoods LLP 401(k) (administered by T. Rowe Price) |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 8/13/2015 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 8/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Bank of America - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 6/26/14 - 6/27/14 | Orlando, FL | Federal Judicial Roundtable | travel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia, now Wells Fargo (bank accts) | A | Interest | N | T | | | | | |
| 2. Southside Warehouse, Inc. Stock (See Part VIII.) | D | | L | U | | | | | |
| 3. Paragon Life / Met Life Variable Life Policy | A | Interest | K | T | | | | | |
| 4. MIC Holding (See Part VIII.) | D | | K | U | | | | | |
| 5. T. Rowe Price 401(k) (See Part VIII.) | A | Int./Div. | | | Closed | 01/09/14 | M | A | |
| 6. ----TRP RST Balanced | | | | | | | | | |
| 7. ----TRP Stable Value Fund | | | | | | | | | |
| 8. Bombardier 401(k) | B | Int./Div. | M | T | | | | | |
| 9. ----Aggressive Fund (See Part VIII.) | | | | | | | | | |
| 10. Wells Fargo 401(k) | A | Int./Div. | M | T | | | | | |
| 11. ----Stable Fund | | | | | | | | | |
| 12. Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 13. Morgar Professional Center | | None | K | U | | | | | |
| 14. Banco Bilbao | B | Dividend | K | T | | | | | |
| 15. Brokerage Account | | | | | | | | | |
| 16. ----Ready Assets Prime Money (See Part VIII.) | A | Int./Div. | L | T | | | | | |
| 17. ----Demand Deposit Account (See Part VIII.) | A | | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Account | A | Interest | M | T | | | | | |
| 19. Wells Fargo stock | B | Dividend | L | T | | | | | |
| 20. Community First (Bank Account) | A | Interest | J | T | | | | | |
| 21. Bank of America Stock (See Part VIII.) | A | Int./Div. | K | T | | 02/15/14 | J | | |
| 22. T. Rowe Price IRA | D | Int./Div. | M | T | Open | 01/09/14 | M | | |
| 23. ----TRP Personal Strategy Balanced | | | | | | | | | |
| 24. Bank of America 401(k)(x) Fund (See Part VIII.) | B | Int./Div. | N | T | | | | | |
| 25. ----Bond - 10 Year Credit | | | | | | | | | |
| 26. ----Vanguard Inst. Index Plus | | | | | | | | | |
| 27. ----Blackrock Eq. Divd. | | | | | | | | | |
| 28. MKH Development LLC | | None | J | U | | 05/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 8/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - The Irrevocable Trust disclosed on Line 6 is an unfunded trust.

Part VII, Co. B(2), Lines 2, 4, and 14 - the type of income is partnership income.

Part VII, Line 5, rolled over a 401(k) to an IRA to eliminate continuing relationship with former law firm. The funds are now deposited in the IRA identified in Line 22.

Part VII, Line 10, the administrator of this 401(k) closed the previously listed funds and all monies are now held in the Aggressive Fund.

Part VII, Line 21, this item includes additional stock awards arising from ███████ employment in February 2014.

Part VII, Line 24, this item represents a 401(k) account, the existence of which I was previously unaware. It belongs to ███████.

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 8/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia M. Howard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544